IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TONIA POLITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | FILE No. 1:14-cv-01249 |
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff files this, her Notice of Voluntary Dismissal With Prejudice. Plaintiff hereby requests that the instant matter be dismissed with prejudice without fees or costs to any party.

Dated: June 27, 2014.

Respectfully submitted,

/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
260 Peachtree Street, N.W., Ste. 2201
Atlanta, Georgia 30303
Tel: (404) 365-4480
Fax: (855) 415-2480
Craig@EhrlichLawOffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with Prejudice with the Clerk of District Court, Northern District of Georgia using the CM/ECF system.  A copy of the foregoing was served upon the following via email and U.S. Mail with proper postage affixed thereon, as follows:

Jonathan K. Aust, Esq.
Bedard Law Group, P.C.
*Attorneys for Defendant*
2810 Peachtree Industrial Blvd.
Suite D
Duluth, Georgia 30097
JAust@BedardLawGroup.com

                                                s/Craig J. Ehrlich
                                                Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

                                                s/Craig J. Ehrlich
                                                Craig J. Ehrlich